IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:17-HC-02094-M

UNITED STATES OF AMERICA,

        Petitioner,

v.

LARRY C. VOLV,

        Respondent.

ORDER

This matter comes before the court on Respondent's pro se motion [DE 30]. He moves to (1) vacate his 18 U.S.C. § 4246 commitment order; (2) order his immediate discharge; or (3) set this matter for an evidentiary hearing pursuant to 18 U.S.C. § 4247. DE 30 at 1.

The court construes the motion as a request for a § 4247(h) discharge hearing. Section 4247(h) provides in relevant part that:

> Regardless of whether the director of the facility in which a person is committed has filed a certificate pursuant to the provisions of subsection (e) of section 4241, 4244, 4245, 4246, or 4248, or subsection (f) of section 4243, counsel for the person or his legal guardian may, at any time during such person's commitment, file with the court that ordered the commitment a motion for a hearing to determine whether the person should be discharged from such facility, but no such motion may be filed within one hundred and eighty days of a court determination that the person should continue to be committed.

§ 4247(h). As the statute makes clear, "[o]nly appointed counsel or respondent's legal guardian can file [a] motion for [a] discharge hearing." *United States v. Giffen*, 715 F. Supp. 3d 737, 739 (E.D.N.C. 2024); *see also United States v. Fisher*, No. 5:10-HC-02234-BR, 2017 WL 3431153, at *1 (finding that respondents may not seek a discharge hearing pro se). Because the pending motion has not been endorsed by counsel or Respondent's legal guardian, it is improperly before the court and is, on that basis, DENIED.

The next annual evaluation by the Federal Bureau of Prisons is due on August 8, 2026. *See* § 4247(e)(1)(B). Upon receipt of that evaluation, the court will schedule a status conference with the parties to reconsider Respondent's continued commitment.

SO ORDERED this ____10th____ day of June, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2